```
 1  DAVID J. STOCK (SBN 85655)
    JON A. HEABERLIN (SBN 199810)
 2  RANKIN, LANDSNESS, LAHDE,
      SERVERIAN & STOCK
 3  96 No. Third Street, Suite 500
    San Jose, California 95112
 4  (408) 293-0463

 5  Attorneys for Defendants
    SADDLE RACK, INC., DANIEL MCKEOWN
 6  JOHN FURTUNA, DAVIN LAWSON,
    TY BLOOMQUIST
 7
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSALE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>SADDLE RACK, INC., DANIEL MCKEOWN, JOHN FURTUNA, DAVIN LAWSON, TY BLOOMQUIST, and DOES 1-100<br><br>          Defendants. | Case No. C-07-01919 BZ<br><br>**STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER COMPLAINT** |

THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF RECORD,

Pursuant to Northern District Local Rule 6-1(a), the parties agree that all Defendants shall have until May 21, 2007 to file a responsive pleading. This extension will not affect any event or deadline already fixed by Court Order.

//

//

---
1
Stipulation Regarding Defendants' Time To Answer Complaint

This extension is given by Plaintiff to accommodate Defendants and allow for all responsive pleadings to be filed simultaneously.

Dated: 5/3/07

SELMAN BREITMAN, LLP

By: *Jan Pocaterra*
JAN L. POCATERRA, ESQ.
Attorney for Plaintiff

Dated:

RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By: *Jon A. Heaberlin*
JON A. HEABERLIN
Attorneys for Defendants

Dated: 5/7/2007

**IT IS SO ORDERED**
*Martin J. Jenkins*
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
Stipulation Regarding Defendants' Time To Answer Complaint