JAN L. POCATERRA (SBN 134247)
KAREN C. AHEARN (SBN 220594)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
Email: jpocaterra@selmanbreitman.com

Attorneys for Plaintiff
SCOTTSDALE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>SADDLE RACK, INC., DANIEL MCKEOWN, JOHN FURTUNA, DAVIN LAWSON, TY BLOOMQUIST and DOES 1-100,<br><br>Defendants. | CASE NO. C 07-01919 WHA<br><br>[PROPOSED] **ORDER AND STIPULATION REGARDING DISMISSAL**<br><br>Judge: William H. Alsup, District Judge<br>Complaint Filed:<br>   April 5, 2007<br>Discovery cut-off: None<br>Motion cut-off  : None<br>Trial Date  : None |

IT IS HEREBY STIPULATED by and between Plaintiff SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and Defendants SADDLE RACK, INC., DANIEL MCKEOWN, JOHN FURTUNA, DAVIN LAWSON and TY BLOOMQUIST ("Defendants") as follows:

1

1. Pursuant to the Dismissal Agreement executed by all parties, SCOTTSDALE will dismiss all claims asserted against all Defendants in the complaint within the above-referenced action with prejudice.

2. All parties agree to bear their own costs and fees.

DATED: 02/21/08           SELMAN BREITMAN LLP

                          By: _____
                          JAN L. POCATERRA
                          KAREN C. AHEARN
                          Attorneys for Plaintiff
                          Scottsdale Insurance Company

DATED: 02/20/08           RANKIN, LANDSNESS, LAHDE,
                          SERVERIAN & STOCK

                          By: _____
                          DAVID J. STOCK
                          JON. A. HEABERLIN
                          Attorneys for Defendants SADDLE
                          RACK, INC., DANIEL MCKEOWN, JOHN
                          FURTUNA, DAVIN LAWSON and TY
                          BLOOMQUIST

IT IS THEREFORE ORDERED that the instant matter is dismissed with prejudice.

DATED: February 25, 2008.   By: _____
                            Hon. William H. Alsup,
                            United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup* (United States District Court, Northern District of California seal)

2
[PROPOSED] ORDER AND STIPULATION RE DISMISSAL

# PROOF OF SERVICE

Scottsdale Insurance Company v. Saddle Rack, Inc., et al.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 11766 Wilshire Boulevard, Sixth Floor, Los Angeles, CA 90025. On February 21, 2008, I served the following document(s) described as [PROPOSED] ORDER AND STIPULATION REGARDING DISMISSAL on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David J. Stock, Esq.<br>Jon A. Heaberlin, Esq.<br>Rankin, Landsness, Lahde,<br>Serverian & Stock<br>96 North Third Street, Suite 500<br>San Jose, CA 95112-5572 | Attorneys for Defendants<br>SADDLE RACK, INC., DANIEL<br>MCKEOWN, JOHN FURTUNA,<br>DAVIN LAWSON and TY<br>BLOOMQUIST<br>Tel: 408-293-0463<br>Fax: 408-293-9514<br>Email: dstock@rllss.com |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2008, at Los Angeles, California.

Joyce Patterson

353970.1 380.22079